IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-CR-155-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | ORDER |
| ROGER VAN SANTVOORD CAMP | ) ) ) ) | |

This matter is before the Court on defendant's motion, filed on September 18, 2014, for leave to exceed the page limitation in a yet-to-be filed memorandum. The Court DIRECTS the government to file a response to defendant's motion no later than twenty (20) days from the date of this Order.

SO ORDERED.

This the __1__ day of October, 2014.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE