UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Criminal No. 5:11-CR-155-1BO
Civil No. 5:15-CV-524-BO

| | |
|---|---|
| ROGER VAN SANTVOORD CAMP,  ) | |
| ) | |
| Petitioner,  ) | |
| ) | |
| v.  ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| Respondent.  ) | |

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This 5 day of October, 2015.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE