UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:11-CR-155-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | ) ) ) |
| v. | ) **ORDER** ) |
| ROGER VAN SANTVOORD CAMP, Defendant | ) ) ) |

This matter comes before the Court on Mr. Camp's *Motion to Substitute Pleadings (with Petitioner's Original Signature) for Previously Filed Pleadings.* (Doc. No. 190.) It appearing to the Court that Petitioner has now provided copies his prior pleadings bearing his original signature. Specifically, the pleadings attached as Exhibits to his motion have replaced the signature Ms. Laidlaw (who previously signed for Mr. Camp under a power-of-attorney). It further appearing that substituting the pleadings attached to Mr. Camp's motion in place of the initially filed pleadings is appropriate.

It is therefore ORDERED that Petitioner's pleadings with his original signature, Exhibits 1 through 8 of Doc. No. 190, shall be substituted for his initially filed pleadings, and that Exhibits 1 through 8 of Doc. No. 190 shall respectively be substituted for Document Numbers 152, 154, 155, 156, 165, 170, 172, 180.

SO ORDERED, this the *27* day of May, 2016.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE