IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CR-155-BO
No. 5:15-CV-524-BO

| | |
|---|---|
| ROGER VAN SANTVOORD CAMP, | ) |
| Petitioner, | ) |
| v. | ) ORDER |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

For good cause shown upon the motion of the United States, it is hereby ORDERED that the United States may erase the contents of a Toshiba Laptop Serial Number YA156526H seized during the investigation of Petitioner's case. The government may dispose of the laptop either by providing it to Petitioner or Petitioner's representative or by destroying it.

This ___26___ day of November, 2018.

TERRENCE W. BOYLE
Chief, United States District Judge